*Joe Weinberger, Jr.*
*Attorney and Counselor at Law*
*P.O. Box 1215*
*Roxboro, NC 27573*
*Telephone (336) 599-4959*
*Fax (336) 599-2239*

July 3, 2015

US Bankruptcy Court
Middle District of NC
Office of the Clerk
P.O. Box 26100
Greensboro, NC 27420-6100

RE:   My Clients:  James and Gertie Ragland
      Chapter 13#:  **15-80715**

Dear Sir or Madam:

The undersigned represents James and Gertie Ragland with respect to the above captioned matter.  My clients would like to add the following debt to their plan.

State of NC Dept. of Revenue
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346
Acc#:  5699
For the time period of : 1/1/06 to 12/31/06 & 1/1/09 to 12/31/09
Amount of Taxes Due:  $3,091.52

I have attached the $30.00 fee.  Thank you for your assistance in this matter.

With warmest regards, I remain

                Sincerely,

                /s/ Joe Weinberger, Jr.
                Joe Weinberger, Jr.

JWJr:cm